# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**K.J. BRUBAKER, A.Y. MARKS, J.P. ELLINGTON**
Appellate Military Judges

### UNITED STATES OF AMERICA

v.

### PATRICK N. HUFF
### CORPORAL (E-4), U.S. MARINE CORPS

### NMCCA 201500313
### SPECIAL COURT-MARTIAL

**Sentence Adjudged**: 11 May 2015.
**Military Judge**: LtCol E.A. Harvey, USMC.
**Convening Authority**: Commanding Officer, Marine Aviation Logistics Squadron 16, MCAS Miramar, San Diego, CA.
**Staff Judge Advocate's Recommendation**: Col D.K. Margolin, USMC.
**For Appellant**: CDR Suzanne M. Lachelier, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

### 31 December 2015

---------------------------------------------------------
### OPINION OF THE COURT
---------------------------------------------------------

    After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


                                    For the Court



                                    R.H. TROIDL
                                    Clerk of Court